UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEIRDRE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>Defendant. | Case No.: 3:20-cv-198<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT CAPITAL ONE BANK (USA), N.A. WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Deirdre Miller and Defendant Capital One Bank (USA), N.A. ("Capital One"), by and through undersigned counsel, hereby stipulate that all claims against Capital One, shall be dismissed from this action with prejudice. The parties shall bear their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED,

Date: July 23, 2020

*/s/ Daniel G. Ruggiero*
Daniel G. Ruggeiro (412574)
275 Grove Street, Suite 2-400
Newton, MA 02466
T: (339) 237-0343
E: druggeiroesq@gmail.com
*Attorney for Plaintiff*
*Deirdre Miller*

*/s/ David A. Schulz*
David A. Schulz
BALLARD SPAHR LLP
2675 Broadway, 19th Floor
New York, NY 10019-5820
Telephone: (212) 850-6103
E: schulzd@ballardspahr.com
*Attorney for Defendant*
*Capital One Bank (USA), N.A.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Diego Sanchez*